■ STATE DIVISION OF HUMAN RIGHTS, on Complaint of FRANCIS S. LUCCA, Petitioner, v WBEN, INC., Respondent. — Determination unanimously confirmed, without costs. Same memorandum as in *State Div. of Human Rights v WBEN, Inc.* (96 AD2d 1141). (Proceeding pursuant to Executive Law, § 298.) Present — Dillon, P. J., Boomer, Green, Moule and Schnepp, JJ.

■ MARIE CAPUTY et al., Appellants, v QUEEN OF MARTYRS ROMAN CATHOLIC CHURCH, Respondent. (Appeal No. 1.) — Order unanimously affirmed, without costs (see *Blais v St. Mary's of Assumption R. C. Church,* 89 AD2d 653). (Appeal from order of Supreme Court, Erie County Green, J. — dismiss complaint.) Present — Callahan, J. P., Doerr, Denman and Boomer, JJ.